# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BILLY JAMES MERKEL | ) | CASE NO. 10-01820-MH1-13 |
| VALERIE GAY MERKEL | ) | |
| 124 WESTFIELD DR | ) | JUDGE MARIAN F HARRISON |
| COLUMBIA, TN 38401 | ) | |

SSN XXX-XX-9551        SSN XXX-XX-9922

---

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS 6/28/2010.**

**IF A RESPONSE IS TIMELY FILED THE HEARING DATE WILL BE: 8/6/2010 AT 9:00 AM U.S. POST OFFICE BUILDING ,COLUMBIA, TN , 38401.**

---

## TRUSTEE'S NOTICE AND MOTION TO DISALLOW CLAIM OF
## REAL TIME RESOLUTIONS INC COURT'S CLAIM #16

   Henry E. Hildebrand, III, Chapter 13 Trustee, has asked the court for the following relief: **TO DISALLOW CLAIM OF REAL TIME RESOLUTIONS INC**.

   **YOUR RIGHTS MAY BE AFFECTED**. If you do not want the court to grant the attached motion or if you want the court to consider your views on the motion, then on or before **6/28/2010** you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE IS A MANDATORY ELECTRONIC CASE FILING COURT. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: https://ecf.tnmb.uscourts.gov.**

   If you need assistance with Electronic Case Filing you may call the Bankruptcy Court at (615)736-5584. The Bankruptcy Court may be visited in person at: US Bankruptcy Court, 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M.- 4:00 P.M.).

2. **Your response must state that the deadline for filing response is 6/28/2010, the date of the scheduled hearing is 8/6/2010 and the motion to which you are responding to is to TO DISALLOW CLAIM OF REAL TIME RESOLUTIONS INC.**

3. You must serve your response or objection on the movant's attorney **by electronic service through the Electronic Case Filing system** described above. You must also mail a copy of your response or objection to:

BILLY JAMES MERKEL & VALERIE GAY MERKEL   124 WESTFIELD DR, COLUMBIA, TN  38401
ATTORNEY FOR THE DEBTOR:
J ROBERT HARLAN  P O BOX 949,  , COLUMBIA, TN  38402
CHAPTER 13 TRUSTEE  P O BOX 190664, NASHVILLE TN  37219-0664
UNITED STATES TRUSTEE  CUSTOMS HOUSE, ROOM 318,  NASHVILLE TN  37203
REAL TIME RESOLUTIONS INC  1750 REGAL ROW STE 120, DALLAS, TX  75235
FIRST FRANKLIN LOAN SVCS  150 ALLEGHENY CENTER MALL, PITTSBURGH, PA  15212

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE**. You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584. If you received this notice by mail, you may have three additional days in which to file a timely response under Rule 9006(f) of the Federal Rules of Bankruptcy Procedure.

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order

<pre>
                                        /s/ Henry E. Hildebrand, III
                                        HENRY E. HILDEBRAND, III
                                        CHAPTER 13 TRUSTEE
                                        P O BOX 190664
                                        NASHVILLE, TN  37219-0664
                                        PHONE:  615-244-1101
                                        FAX:  615-242-3241
                                        pleadings@ch13nsh.com
</pre>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BILLY JAMES MERKEL ) | CASE NO. 10-01820-MH1-13 |
| VALERIE GAY MERKEL ) | JUDGE MARIAN F HARRISON |
| 124 WESTFIELD DR ) | |
| COLUMBIA, TN 38401 ) | |

SSN XXX-XX-9551          SSN XXX-XX-9922

## MOTION TO DISALLOW CLAIM OF
## REAL TIME RESOLUTIONS INC COURT'S CLAIM #16

Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully requests this Court disallow the proof of claim asserted on behalf of REAL TIME RESOLUTIONS INC, filed as claim #16 on the Court's claims register. In support thereof, the Trustee would state as follows:

<u>The name of the creditor on the face of the proof of claim is not supported by the documents attached</u>. Without such documentary support, the asserted creditor lacks standing to enforce any asserted claim and, therefore, the claim should be disallowed under 11 U.S.C. § 502(b)(1). The claim also fails to satisfy Rule 3001(c), which requires that, when a claim, or an interest in property of the debtor securing the claim, is based on a writing, an original or duplicate of the writing must be filed with the proof of claim.

WHEREFORE, the premises considered, the Trustee requests that this court disallow the proof of claim asserted by REAL TIME RESOLUTIONS INC, filed as claim #16 on the Court's claims register.

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 190664
NASHVILLE, TN 37219-0664
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on BILLY JAMES MERKEL & VALERIE GAY MERKEL, 124 Westfield Dr, Columbia, TN 38401 and J ROBERT HARLAN, P O BOX 949, , COLUMBIA, TN 38402; to all affected creditors and to Ms Beth R Derrick, Assistant US Trustee, 313 Customs House, 701 Broadway, Nashville Tn, 37203, on this 27th day of May, 2010.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
BILLY JAMES MERKEL )
VALERIE GAY MERKEL ) CASE NO. 10-01820-MH1-13
124 WESTFIELD DR )
COLUMBIA, TN  38401 ) JUDGE MARIAN F HARRISON
)

SSN XXX-XX-9551       SSN XXX-XX-9922

## ORDER TO DISALLOW CLAIM OF
## REAL TIME RESOLUTIONS INC COURT'S CLAIM #16

It appearing to the Court, based upon the certification of the Trustee, as indicated by his electronic signature below, that the Trustee has filed a motion seeking to disallow the claim of the below-listed creditor due to:

The name of the creditor on the face of the proof of claim is not supported by the documents attached;

that the Trustee has served notice of the motion on the claimant, the debtors and debtors' counsel, providing them the opportunity to object to the motion; and that the Trustee has received no objection to the motion as required by Rule 9014-1 of the Local Rules of the Bankruptcy Court for the Middle District of Tennessee, it is therefore

ORDERED, that the claim asserted by the creditor below is disallowed.

Creditor Name:  REAL TIME RESOLUTIONS INC
Court's Claim Number:  16
Account Number:  5459

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III                                         THIS ORDER WAS SIGNED AND ENTERED
HENRY E. HILDEBRAND, III                                         ELECTRONICALLY AS INDICATED AT THE TOP
CHAPTER 13 TRUSTEE                                                OF THE FIRST PAGE.
P O BOX 190664
NASHVILLE, TN  37219-0664
PHONE:  615-244-1101
FAX:  615-242-3241
pleadings@ch13nsh.com